UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
**BOWLING GREEN DIVISION**

**Case No. 1:04CV-00005-R**

**TRAVELERS CASUALTY &**
**SURETY COMPANY OF AMERICA**

V. **ORDER**

**CYCLONE, INC.**
**TYRONE TACKETT**

A telephonic status conference will be held **October 18, 2004 at 9:30 A.M. prevailing local time.** The Court will arrange the conference call.

IT IS SO ORDERED:

This 15th day of September, 2004.

ENTERED BY ORDER OF THE COURT:

THOMAS B. RUSSELL, JUDGE
UNITED STATES DISTRICT COURT

JEFFREY A. APPERSON, CLERK

BY: Joan Moore
Deputy Clerk

cc: Counsel