UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | | |
|---|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>CYCLONE, INC., ET AL<br><br>Defendants | ) | CASE NO. 1:04CV-5<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Comes the Plaintiff, Travelers Casualty and Surety Company of America ("Travelers"), by counsel, and pursuant to F.R.C.P. 41(a)(1), hereby notifies this Honorable Court of dismissal of this action without prejudice.

Respectfully submitted,

/s/ *Timothy D. Martin*

TIMOTHY D. MARTIN
JASON B. MYERS
ALBER CRAFTON, PSC
Republic Bank Place, Suite 200
661 South Hurstbourne Parkway
Louisville, KY 40222-5079
Telephone: (502)815-5000
Facsimile: (502)815-5005
*Counsel for Plaintiff*

**CERTIFICATE**

I hereby certify that on the 13th of October, 2004, a copy of the foregoing, properly addressed and postage pre-paid, was deposited in the U.S. mail to:

Cyclone, Inc.
114 Secretariat Place
Hendersonville, IN 37075

Tyrone Tackett
895 Morehead Road
Bowling Green, KY 42101

*s/ Timothy D. Martin*
*Attorney for Plaintiff*